\_\_\_\_ FILED          \_\_\_\_ RECEIVED
\_\_\_\_ ENTERED        \_\_\_\_ SERVED ON
                    COUNSEL/PARTIES OF RECORD

FEB 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH YOUNG, | 3:11-CV-0099-ECR (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 22, 2012 |
| ED KILGORE, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 2, 2012, this Court held a hearing concerning the plaintiff's motion to compel (#18). The plaintiff and defense counsel were ordered to meet and confer via telephonic conference, and counsel was ordered to file a status report concerning the outcome of the telephonic conference (#26). Defendants filed a status report as ordered (#33). Based upon the Court's review of the status report,

**IT IS ORDERED** that plaintiff's motion to compel (#18) is **DENIED** as moot.

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk